# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2379
_____

DE'MARCUS L. THURMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.
_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

June 21, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph S. Hamrick, Geneva, IL, for Appellant.

Ashley Moody, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.